MARTIN KIKKERT, JR. v. ELIZABETH KIKKERT.

April 15, 1981.

Petition for certification granted. (See 177 *N.J.Super.* 471)

STATE OF NEW JERSEY v. DANIEL SWARBRICK.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL SWARBRICK.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN MOKONE.

April 15, 1981.

Petition for certification denied.